(No. 970—Claimant awarded $1,000.00.)

WILLIAM A. CROOKSTON, Claimant, *vs.* STATE OF ILLINOIS,
Respondent.

*Opinion filed March 10, 1927.*

MILITARY SERVICE—*when award may be made.* Where claimant an officer
of the Illinois National Guard under orders from his superior officer, is in-
jured while obeying said orders, the court may as a matter of social justice
and equity allow an award to him for the injuries sustained.

CLARENCE B. DAVIS, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLE-
TON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the
court:

Claimant is in the employ of the State Auditor's office. He
is also an officer of the Illinois National Guard; that in the
summer of 1925, while as such officer he attended the guard
encampment at Camp Grant. On Sunday afternoon, August
23, 1925, claimant was ordered by a superior officer at Camp
Grant to place entries for the Roman race. The entries were
placed, and while claimant was obeying his orders he was
struck by an unmanageable horse ridden by another superior
officer. The claimant was knocked down, sustaining injuries
to his face and jaw. His upper jaw bone was broken and five
teeth were knocked out at the time. His lower lip was cut
and his entire face was bruised. He was taken to a hospital
at Rockford, Illinois, where his injuries were dressed and
treated, and as a result of the accident fourteen of the upper
teeth and a portion of his jawbone were removed. In fact, it
was shown by the testimony that he suffered a considerable
length of time on account of this injury and that he is now
using artificial teeth, although it is shown that his teeth were
in fair condition before the accident occurred. There is no
contradiction of hearing as to the extent of the injury or the
manner of the accident, and it appearing to the court that this
claimant suffered this accident while in a line of patriotic duty
therefore, as a matter of equity and good conscience, an
allowance is recommended.

Therefore it is considered by the court that claimant be
allowed $1000.00.